ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
Priscilla.OBriant@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendants*
*USAA, USAA-CIC, USAA-GIC,*
*USAA County and Garrison*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| KRISTINA RAYE WELLER, an individual; SCIANNA JAYLYNN AMERICO, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY; USAA COUNTY MUTUAL INSURANCE COMPANY; GARRISON INSURANCE COMPANY d/b/a GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a subsidiary of USAA CASUALTY INSURANCE COMPANY; AUTO INJURY SOLUTIONS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-01405-JCM-BNW <br><br> **STIPULATION AND ORDER TO EXTEND THE TIME FOR FILING A REPLY IN SUPPORT OF** <br><br> **1. DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN CONNECTION WITH MOTION TO DISMISS UNITED STATES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY, AND USAA COUNTY MUTUAL INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 12(b)(6);** <br><br> **2. MOTION TO DISMISS UNITED STATES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY, AND USAA COUNTY MUTUAL INSURANCE COMPANY PURSUANT TO FED. R. CIV. P. 12(b)(6); AND** <br><br> **3. GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6) and MOTION FOR MORE DEFINITE STATEMENT** <br><br> **(First Request)** |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4812-1424-6821.1

Plaintiffs and Defendants[1], named in the above caption matter, by and through their respective counsel of record and hereby stipulate that the Defendants' deadline for filing their replies in Support of their motions, to wit: Garrison Property and Casualty Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion for More Definite Statement (ECF Nos. 4 and 5); Motion to Dismiss United States Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; and USAA County Mutual Insurance Company Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 6); and Defendants' Request for Judicial Notice in Connection with Motion to Dismiss United States Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; and USAA County Mutual Insurance Company Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 7), all currently due on September 12, 2019, be extended three (3) days up to and including Monday, September 16, 2019.

Defendants' motions were filed on August 22, 2019.  Plaintiffs' oppositions thereto were filed on September 5, 2019.  The deadline for Defendants' replies in support thereof for each motion is due September 12, 2019.  The parties have agreed to extend Defendants' deadline for filing their replies to the three motions, due by the extended deadline of September 16, 2019.  This is the first request for an extension.  There is no hearing set by the Court.

Given the extensiveness and complexities in the arguments made by Plaintiffs in their oppositions, and that this matter involves multiple parties, each of which have their own contentions, additional time is necessary for counsel to prepare and file replies to each of the motions.  This request for extension is made in good faith and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the time to file the defendants' Reply in Support of Garrison Property and Casualty Insurance Company's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) and Motion for More Definite Statement (ECF Nos. 4 and 5); Reply in Support of Motion to Dismiss United States Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; and USAA County Mutual Insurance Company

---

[1] Auto Injury Solutions, Inc. is not a party to this stipulation as they have not entered an appearance in this matter.



Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 6); and Reply in Support of Defendants' Request for Judicial Notice in Connection with Motion to Dismiss United States Automobile Association; USAA Casualty Insurance Company; USAA General Indemnity Company; and USAA County Mutual Insurance Company Pursuant to Fed. R. Civ. P. 12(b)(6) (ECF No. 7) be extended an additional three (3) days up to and including Monday, September 16, 2019.

Dated this  day of September, 2019.

LEWIS BRISBOIS BISGAARD & SMITH LLP

*/s/ Priscilla L. O'Briant*
Robert W. Freeman, Esq.
Nevada Bar No. 3062
Priscilla L. O'Briant, Esq.
Nevada Bar No. 10171
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

Dated this  day of September, 2019.

GANZ & HAUF

*/s/ Cara Xidis*
Adam Ganz, Esq.
Nevada Bar No. 6650
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
8950 W. Tropicana Ave, Suite 1
Las Vegas, Nevada 89147
*Attorneys for Plaintiffs*

## <u>ORDER</u>

IT IS SO ORDERED.

DATED: September 12, 2019.

_____
U.S. DISTRICT COURT JUDGE

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW