Cooper, Rice & Olson, LLC
Amy Cook Olson (Admitted *Pro Hac Vice*)
  *acookolson@cron-law.com*
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 607-0077

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for Auto Injury Solutions, Inc.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTINA RAYE WELLER, an individual; SCIANNA JAYLYNN AMERICO, an individual,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED SERVICES AUTOMOBILE ASSOCIATION; USAA CASUALTY INSURANCE COMPANY; USAA GENERAL INDEMNITY COMPANY; USAA COUNTY MUTUAL INSURANCE COMPANY; GARRISON INSURANCE COMPANY d/b/a GARRISON PROPERTY AND CASUALTY INSURANCE COMPANY, a subsidiary of USAA CASUALTY INSURANCE COMPANY; AUTO INJURY SOLUTIONS, INC.; DOES 1 through 10, inclusive; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>        Defendants. | Case No. 2:19-cv-01405-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT AUTO INJURY SOLUTIONS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION (FED.R.CIV.P. 12(b)(2)) AND FOR FAILURE TO STATE A CLAIM PURSUANT TO (FED.R.CIV.P. 12(b)(6)) (FIRST REQUEST)** |

2:19-cv-01405-JCM-BNW

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANT
AUTO INJURY SOLUTIONS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION
(FED.R.CIV.P. 12(b)(2)) AND FOR FAILURE TO STATE A CLAIM PURSUANT TO (FED.R.CIV.P. 12(b)(6))
(FIRST REQUEST)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

The parties hereto, by and through their undersigned counsel, hereby stipulate and agreed that Defendant, Auto Injury Solutions ("AIS"), shall have a seven (7) day extension of time in which to file its Reply in Support of its Motion to Dismiss for Lack of Personal Jurisdiction (Fed.R.Civ.P. 12(b)(2)) and for Failure to State a Claim Pursuant to (Fed.R.Civ.P. 12(b)(6)) (First Request).

This request for extension is made in good faith and not for the purposes of delay. Accordingly, Defendant AIS shall have up to and including Wednesday, December 11, 2019 to file its Reply.

DATED this 4th day of December, 2019

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By  /s/ *Jonathan W. Carlson*
Amy Cook Olson (Admitted *Pro Hac Vice*)
Cooper, Rice & Olson, LLC
633 17th Street, Suite 2200
Denver, Colorado 80202
Telephone: (303) 607-0077

AND

Jonathan W. Carlson, Nevada Bar No. 10536
McCormick, Barstow, Sheppard, Wayte & Carruth, LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Defendant, Auto Injury Solutions

DATED this 4th day of December, 2019

GANZ & HAUF

By  /s/ *Marjorie L. Hauf*
Adam Ganz, Nevada Bar No. 6650
Marjorie L. Hauf, Nevada Bar No. 8111
Cara Xidis, Nevada Bar No. 11743
8950 West Tropicana Avenue, Suite 1
Las Vegas, Nevada 89147
Tel. (702) 598-4529

Attorneys for Plaintiffs

DATED this 4th day of December, 2019

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By /s/ *Priscilla L. O'Briant*
Robert W. Freeman, Nevada Bar No. 3062
Priscilla L. O'Briant, Nevada Bar No. 10171
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. (702) 893-3383

Attorneys for Defendants USAA, USAA-CIC, USAA-GIC, USAA County and Garrison

**ORDER**

**IT IS SO ORDERED.**

DATED: December 9, 2019.

_____
UNITED STATES DISTRICT JUDGE

6484580.1