# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KRISTINA RAYE WELLER, et al., | Case No. 2:19-cv-01405-JCM-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| UNITED SERVICES AUTOMOBILE ASSOC., et al., | |
| Defendants. | |

On December 26, 2019, Defendant Auto Injury Solutions, Inc. filed a Demand for Prior Discovery. (ECF No. 51.) Defendant is advised that under Local Rule 26-8, discovery requests are not to be filed with the court, unless the court orders otherwise. Accordingly, Defendant is advised that the court will not take further action with respect to ECF No. 51.

DATED: December 27, 2019

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE